230

Argued March 30, affirmed April 2, petition for rehearing denied April 24, petition for review denied June 19, 1973

STATE OF OREGON, *Respondent, v.* MICHAEL WILLIAM TOBIN (No. 72-09-2726 Cr), *Appellant.*

507 P2d 1159

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *State v. Smith,* 12 Or App 112, 504 P2d 1072, Sup Ct *review denied* (1973).